## INDEX OF EXHIBITS

UNITED STATES OF AMERICA V ADAM SAVADER
DOCKET NO.: 2:13CR20522-1

A- Character letters regarding Adam Savader Part 1

B- Character letters regarding Adam Savader Part 11

C- Character letters regarding Adam Savader Part 111

D- Psychiatric Report from Dr. Raymond Behr M.D., PC

E- Psychological Report from Dr. Barbara R. Kirwin Ph.D.

F- Psychological Addendum from Dr. Barbara R. Kirwin Ph.D.