## JODY PUGACH, P.C.
### ATTORNEY AT LAW
### 400 GARDEN CITY, SUITE 406
### GARDEN CITY, NEW YORK 11530

Telephone: (516) 248-6960  
Facsimile: (516) 742-8173

Legal Assistant  
Lisa G. Vance

January 21, 2014

Honorable Marianne O. Battani  
U.S. District Court  
Eastern District of Michigan  
Theodore Levin U.S. Courthouse  
231 Lafayette Blvd., Room 277  
Detroit, MI 48226

Re: USA v. Adam Savader

Dear Judge Battani:

I am writing to Your Honor on behalf of Adam Savader, the son of close family friends of ours.

Over the past several years, I have come to know Adam through his sister, Jillian, who is a very close friend of my son, Spencer. Spencer and Jillian are sophomores in college. Adam's parents, Mitchell and Elana have become our close friends as well.

I do not seek in any way to minimize Adam's conduct which is the subject of the proceeding before Your Honor. Although my contact with him has been limited over the years, it certainly appeared that he was building a life that would accomplish much. During his time in Washington he sacrificed greatly to dedicate himself to the campaign of Speaker Gingrich and that effort was clearly rewarded as Adam achieved greater and greater standing. He seemed to be a rising star in the world that he had immersed himself into.

As I said, I in no way seek to minimize or condone Adam's behavior. However, I know first hand that this is a wonderful, close, loving and caring family that has been devastated by these charges. I respectfully hope that the Court will consider the effect its sentence will have on those who have dedicated their lives to their children.

Thank you for your consideration.

Respectfully,

JODY PUGACH



**PRESIDENT**
DEBRA BUSLIK

**VICE PRESIDENTS**
RONALD P. COHEN
KATHY HOWARD JACOBSON
DAVID LEVY
LAWRENCE MAGID
NANCY WALDBAUM

**SECRETARY**
JODI ROSENTHAL

**ASST. SECRETARY**
TRACY LEVY

**TREASURER**
MICHAEL ROSENBAUM

**ASST. TREASURER**
HOWARD KROPLICK

JAMES BUSLIK*
GORDON CRANE
ERIC DONNENFELD, MD*
MARLEEN DONNENFELD, MD
JESS DRABKIN
MICHAEL FEINSOD
ERIK GERSHWIND
ROBERT GLADSTONE
RENEE HABER
JONATHAN C. HELD*
SUSAN HELD
STEVEN HESS
TRACEY KUPFERBERG
MITCHELL JACOBSON
SCOTT JAFFEE
DAYLE KATZ
JIM KRANTZ
JERRY KROLL
DAVID L. LEVY
SHEREE LEVY
GERALD MARSDEN*
STEVEN NEMIROFF
DAVID NUSSBAUM
MARTIN ROSENMAN
BRIAN RUBENSTEIN
ANDREW SANDLER
REBECCA SCHAJA
DENISE SILVERBERG
RUTH SLADE
AMY SMITH
DEBRA SUTTON
MAGGIE TOLKIN

**HONORARY BOARD**
JUDY BAUM
STUART HOROWITZ
MARVIN NATISS
DOREEN PEYKAR
ROBERT ROSENTHAL
BARRY RUBENSTEIN
DONNA SCHLESSINGER
HOWARD SMITH
DAVID STERLING
MICHAEL WEINBERGER

**EXECUTIVE DIRECTOR**
DAVID BLACK

**CHIEF OPERATING OFFICER**
JONI COHEN

**CHIEF FINANCIAL OFFICER**
ELAINE KOBIL

**EXECUTIVE DIRECTOR EMERITUS**
SUSAN BENDER
MILTON B. PINCK, Z"L

* PAST PRESIDENT

Judge Marianne O. Battani
United States District Court
for the Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd
Detroit, MI 48226

December 19, 2013

Dear Judge Battani,

As per his request, I write this letter of reference for Adam Savader. As a high school student Adam spent two summers as a program participant in the JCC's Community Service Summer Experience. The program offered high school teens the opportunity to perform community service across the New York metro area, sampling different hands on experiences. I recall Adam being a thoughtful and active participant in the work. He showed great interest in the advocacy side of the service work, especially around social service issues – feeding the hungry, caring for the sick, meeting the needs of those affected by poverty.

Should you have any further questions about Adam's involvement, I welcome your call.

Sincerely,

Stuart Botwinick
Assistant Executive Director

300 FOREST DRIVE, EAST HILLS, NEW YORK 11548 516-484-1545 | SJJCC.ORG



**MURRAY I. FRANCK**  Counselor at Law

320 East 23rd Street • New York, NY 10010
Tel: 212/674-6889 • Fax: 212/674-4192

Judge Marianne O. Battani
United States District Court
Eastern District of Michigan
Theodore Levin United States Court House
231 West Lafayette Blvd.
Detroit, MI 48226

RE: United States of America v. Adam Paul Savader         December 30, 2013
Case NO. 13-20522

Dear Judge Battani:

Please consider this personal letter prior to deciding the sentence for Adam Savader. Your determination, no doubt, will impact the rest of his life and I think that my letter should prove of value. Thank you.

Adam is my grandnephew. I believe that I have a reasonable perspective pertaining to his character, academic career, and appreciation of his obligations as a responsible active citizen.

Adam, although reared by a very closely knit and protective family, has chosen his goals autonomously after much introspection and reasoning. Throughout his life, he has pursued them with an intense focus and energy, and has been willing to accept change. Both are unusual for the youth of our culture. His guiding premise always has been to mold himself into an independent adult maintaining the sound ethics with which he was raised.

His goal is to become a lawyer, serving the public sector, as quickly as possible. Adam is his own catalyst. He has engineered the mechanisms of independence in several ways, including:

One: Academically, Adam earned advanced placement and additional summer school credits in order to graduate high school in three years, rather than four; and to enter college as a sophomore, skipping his freshman year. His first bold step.

He accomplished this. And, throughout high school, every day after school, he worked in public service as a counselor for special needs children.

Two: Adam immediately entered Bard College at Simon's Rock, his first major venture away from family and familiarity.

Three: After completing his sophomore year, finding that Bard did not provide sufficient direction and stimulation for his deep interests in public affairs, particularly in our political system and pre-law, Adam took a third and particularly bold step. He transferred to George Washington University in Washington, D.C. Both the University and city are clamorous, especially as compared to the environments of the truly full campus of Bard, and Simon's Rock.

Again, he wasted no time. Adam had transferred to GW because of his dream. Experience was at hand. During his first term at G.W., his first junior semester, while a full-time student, he interned on the staff of a 2012 presidential candidate in the primaries. In the second junior semester, he

continued full-time study; and having been promoted, served full time with ever growing responsibilities on the staff of this candidate. He also met as many candidates as he could, often introducing himself.

Notably, manifesting his self-discipline and personal ethic, Adam disapproves of the collegiate partying, drugs, alcohol and pranks, all of which he finds wrong and detracting from his life and education.

<u>Four</u>: When this candidate dropped out, Adam quickly joined another's team. This demanded a decidedly daring decision: he moved to Boston, Massachusetts, and postponed his first senior semester. He did not consider it a sacrifice. To Adam, this was a significant opportunity to expand his education. Of course, at the termination of the primaries, he promptly began his senior year.

The trait I find most personally gratifying is Adam's objectivity. He formulated his own "political platform" for participation in the primaries. He did so after researching the issues and discussing and debating them with friends, family and others, no matter their views. Of course, it had to be consonant with his underlying principles and he assisted candidates whose records and positions closely reflected his "own platform."

I am convinced that one could not be as consistent, steadfast, and indeed relentless, in his pursuits unless he maintained a thoughtful and strict moral code and discipline. Adam began his arduous and multidimensional venture vigorously in high school, never stopping.

Adam's departure from his ethical framework and from his characteristic respect for others clearly was anomalous.

Adam has deliberated deeply and seriously as against his own standards. He is shaken by his atypical behavior realizing that it has affected those involved negatively; that it was simply wrong; not just the prank of a college student, which he normally would have abhorred.

He has internalized this realization, and as such, he is remorseful; he is privately penitential; he is suffering.

None of this, as Adam knows, discounts in any way concern for those involved. Rather, because he has evaluated his actions in the light of his characteristic morality and behavior, his concern for them is magnified; magnified because the actions were his.

Adam is dedicated to correcting this behavior as to do so is crucial to his essence, self-image and self-esteem. He is intent on discovering and resolving the problems bearing upon what he did. He knows that he has volition; he is not at all passive and continues rigorous self-analysis. Furthermore, as you are aware, his psychotherapy – for which he is grateful –
is ongoing.

He will succeed; I am certain. He would not have driven this far this fast generally, if now he could not and would not. His education, public service, and contributions should be allowed to continue unceasingly and his talents should not be wasted. Only benefit to all will result rapidly.

What Adam warrants, accounting for his recent and sole crime; the frightening mode of arrest, detention and transit from New York to Detroit; his guilty plea; and your forthcoming decision, should also account for his entire life. The perspective demonstrates a serious contradiction: while building his own future which, of course, included his ongoing concern for others, he suddenly disrespected and harmed others. Fortunately, he has returned to his ethical constancy by way of

internal moral and psychological exploration and decisiveness. No doubt, psychotherapy will help to ensure his turnaround.

Your Honor, I hope that your balancing of the totality of the facts, including Adam's entire life, will lead you to conclude that whatever he now warrants, should not include anything fatal to his future. The self-inflicted public stain and private pain, I believe, already stand in themselves.

Thank you for weighing my thoughts.

Respectively:

*[signature]*

Murray I. Franck

January 15, 2014

Judge Marianne O. Battani
United States District Court
For the Eastern District of Michigan
Theodore Levin U.S. Courthouse

Re:   Character Reference for Adam Paul Savader

Your Honor,

I normally do not get asked to write many letters, but at the request of the Savader family, it is a pleasure to write this character reference.

I have known Adam Savader since he was a toddler. I met Adam, his mother, grandmother and even his great grandmother at a doctor's appointment. Ever since our waiting room chat, I have become very close to the whole family.

As a child, I found Adam to be extremely intelligent and self-motivated. Watching him grow up it was clear that he is a remarkable intellect, even graduating from high school a year early.

He interrupted his college education at George Washington University in order to serve as a political aide to Newt Gingrich. After service with Mr. Gingrich, Adam was recruited to serve on the Romney/ Ryan presidential staff. He worked tirelessly day and night and earned the respect, not only of his colleagues, but was singled out by Romney himself as a loyal and dedicated staffer with exceptional abilities.

Adam has always been focused, dependable and extremely respectful of everyone--particularly his classmates and elders. Like me, he is an animal lover.

Even though I moved to Florida, I have always been in close contact with Adam and his family. I guess so many miles between us did not make a difference because Adam actually gave me the honor of participating in his Bar mitzvah.

Character Reference for Adam Paul Savader          Page 2

Whenever I return to New York I always make arrangements to spend time with his mom, dad and sister, Jillian. Adam specifically makes sure he does not miss my visits either. He shows great concern for my health and well-being. I find these gatherings to be a joy because Adam is an exceptional conversationalist-- with a wonderfully unique sense of humor.

I am heartened to learn that Adam plans to return to college to finish his education. I would not be surprised if he pursued graduate degrees as well.

Adam is a gentle, young man who cares deeply about his family, friends and the welfare of our nation. I find it difficult to believe he would he do anything illegal. But, since he has taken a plea, I sincerely feel he deserves a second chance. Adam is not evil. He has already contributed much to society. Given the opportunity his future contributions could be priceless.

If I can be of additional service to Adam, please call me 561-741-1111.

Yours sincerely,

*Carolyn M. Schwartz*

Carolyn M. Schwartz
360 Venus Avenue
Tequesta, FL  33469

310 East Shore Road
Great Neck, NY  11023
Suite 104
January 19, 2014

The Honorable Marianne O. Battani
Judge, United States District Court
for the Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, Michigan  48226

Dear Judge Battani,

I have been asked by the Savader family to write this letter of character reference for Adam Savader. I have been the family physician for Adam, his parents, and his grandparents for many years. They are a very close knit and loving family. I understand that Adam made a serious error. I have spoken to him since, and he shows genuine remorse. I believe he has learned from his mistake. His grandparents and parents are good people, and I believe they will serve as a strong support system for him, guiding him to move forward in a positive direction in the future.

Sincerely,

Evan B. Mintz, MD, FACC

Anne Meyers

305 Clearmeadow Drive

East Meadow, NY 11554

January 15, 2014

Judge Marianne O. Battani

United States District Court

For the Eastern District of Michigan

Theodore Levin U.S. Courthouse

231 W. Lafayette Blvd

Detroit, MI 48226

Re: Matter of ADAM SAVADER

Dear Judge Battani,

I have known Adam Savader for over five years. I am shocked to learn of his recent problems. It is entirely out of character for him. There is another side to Adam that should be considered. I have never known anyone else first as a teen and then growing into manhood who could be so helpful, kind, considerate and patient with an older man suffering from Parkinson's Disease and needing business affairs attended to. Please consider this side of Adam and let him return to our community.

Sincerely,

Anne Meyers



Stanley Goldstein, M.D., F.A.A.P., F.A.A.A.A.I.
Desirie M. Zorn, MS R.N., C.P.N.P.
Maureen I. Reese, RPA-C

Adult and Pediatric Allergy
Pediatric Pulmonary Diseases

January 30, 2014

Judge Marianne O. Battani
United States District Court
for the Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd
Detroit, MI 48226

RE: Adam Savader

Dear Honorable Judge Marianne O. Battani,

I have had the pleasure of knowing Adam Savader since March 3rd, 2000 when I first met him as a patient in my practice. Over the past 14 years I have seen him multiple times for evaluation and treatment of allergies, asthma, sinusitis and respiratory infections. Because of the multiple times that I have seen him over these 14 years I have gotten to know him more than just as a patient, but someone who I know as a person. I have enjoyed having conversations with about multiple intellectual topics, specifically politics, as well as his Jewish ethnicity and identity. I have also been able to experience firsthand his relationship with his parents, grandmother and sister. I would characterize Adam as a bright, caring, respectful, sensitive individual that would be traveling the ladder of success. I know that if Adam is given this opportunity he can continue climbing this ladder of life. In which ever profession he undertakes and in whatever road he takes in life I know he will be a success where he can be a benefit to his profession, to his

242 MERRICK RD, SUITE 401  ROCKVILLE CENTRE, NY  11570  (516) 536-7336   Fax (516) 536-7650
www.allergyasthmacough.com
Affiliated with Island Medical Research — Specializing in Allergy & Asthma Clinical Trials

family, to his community, to his friends. He will be able to make a positive difference to all that know him.

We all know that G-D is merciful. Please find it in your heart to be merciful to Adam Savader and let him carry on his life' to do good unto others.

Sincerely,

Stanley Goldstein, MD

Janurary 16, 2014

Judge Marianna O. Battani
United States District Court
for the Eastern District of Michigan
Theodore Levin U.S Courthouse
231 W. Lafayette Blvd.
Detroit. MI 48226

Dear Judge Battani:

My name is Maia Terminello and I was the babysitter for the Savader children. I lived in the Savader household for over a year when Adam and his sister, Jillian, were small and I know the family well.

I worked for the Savaders from 1996-1997. At the time Adam showed himself to be an inquisitive, sweet and bright child. I saw how the family behaved and I can tell you first hand that Adam was surrounded by loving, nurturing parents, grandparents and even great granparents. If Adam ever did anything he shouldn't have done, as all 4-5 year old children do, his parents would always take the time to correct him and teach him the right way to behave.

I have stayed in close contact with the Savaders through through the years and I continue to feel very close to all of them, as if they were my second family. I have seen Adam grow from that sweet, bright boy into and intelligent, hardworking young man. I do not believe incarceration is appropriate for Adam. I believe he should remain with his family where he can continue to recieve the support and treatment he needs to continue to be a productive member of society.

Thank you for your consideration,

Maia Terminello
dvelaia@aol.com

January 13, 2014

Honorable Judge Marianne O. Battani
United States District Court
for the Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd
Detroit, MI 48226

Your Honor,

    I have known Adam Savader for over five years. In September 2008, I became close friends with his sister, Jillian Savader. Since then, I have spent a considerable amount of time with Adam Savader and his family. Before I even met him, I felt like I knew him. His sister always speaks very fondly of him. The one thing I knew about Adam Savader before I even met him was that he was a family person.

    That impression still holds, now that I've known him for years. He always goes out of his way to spend time with his sister Jillian, whether it involves going shopping together, or going to services at their synagogue. When I have spent time with Jillian at her college, I can always count on her having a post-Shabbos call with her family, especially Adam.

    One of the first things that I noticed about Adam was his passion for politics. It's hard to recall an interaction I've had with him that didn't involve a witty joke about some politician or event. He is very well-read about issues that face our country as well as our community. He spent time working as an intern during multiple political campaigns in the previous presidential election city.

    I know Adam Savader to be a good man. He is smart, he's a good brother, and he has a strong moral fiber, imparted upon him by his parents. For his sake, as well as for the sake of the whole Savader family, I hope that the court is merciful in its sentence. I hope that you see the same Adam Savader that I see.

Thank you,

*[signature]*

Joshua Lopater
Jdylopa0427@gmail.com

# Cathy Lissack

6A Hutchinson Ct• Great Neck, NY 11023•

Date: Jan 14, 2014

Honorable: Marianne O. Battani
United States District Court
for the Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd
Detroit, MI 48226

Re: Adam Savader:

I first met Adam and his family about six years ago when we moved into our new house. The Savaders are our neighbors and I am very happy to know them. If I need anything they are there to offer their help. They are the type of people who will always stop to say hello and chat. The Savaders are truly one of the nicest families on our street.

We have had Adam and his family in our home on several occasions such as barbeques, new years and other celebrations. Adam is extremely bright. I don't believe there is anything he cannot accomplish. He is so full of life and energy. I was taken back when I learned of his arrest. It just didn't seem possible, not Adam.

I ask that you please consider the young man before you, no one person is perfect, we all make mistakes. Adam has his entire life in front of him. I beg you to please search your heart and soul when you consider what form of justice this young and vibrant life should be shown.

Sincerely,

Cathy Lissack



# NEWT GINGRICH

To Whom It May Concern:

It is my pleasure to recommend Adam Savader in his future employment and academic pursuits. From April 2011 to May 2012, Mr. Savader was employed at my national campaign headquarters where he started as an unpaid intern. Adam quickly proved himself to be intelligent, hardworking and was therefore promoted to a full-time paid position. He most recently served in the role of Special Assistant to the Chief Operating Officer.

It is my opinion that Adam Savader would be an asset to any team or institution of higher learning. If any additional information is needed, please contact Bess Kelly in my office at Besskelly@speakergingrich.com.

Your friend,

Newt Gingrich