37 Merrivale Road
Great Neck, New York 11020

January 11, 2014

Honorable Marianne O. Battani
Federal District Judge
United States District Court for the
Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd.
Detroit, MI 48226

I am Cindy Soshnick, Adam Savader's aunt. The Adam I know can best be described as intelligent, loving, warm and kind. Watching him grow up has been a delightful experience. He has always been inquisitive and I can joyfully remember him asking a million questions. I was shocked to see him play chess at a very early age. As a teenager he volunteered to work with disabled children.

Over the years I have seen him continue to do good deeds. I have two elderly, impaired parents. I am delighted to see the love in his eyes during his daily visits. He tries to fulfill their needs. He has often dicussed his wish to follow in my two childrens ' career goals and become an attorney.

Adam has developed a deep passion for the American Political system. During this past election we spent hours on the phone discussing his candidate. First, he volunteered his time and was such a diligent worker, he was offered a paid position. He is articulate and was so persuasive he convinced me to vote for "his" man.

As his aunt, I can only describe Adam as a young man who has so much to offer our society. I hope you can find it in your heart to allow Adam to serve society in a positive way rather than waste his life in prison. As you can tell, I love him very much and have tremendous hopes for his future. Please help us help him.

Thank you for your consideration,

*Cindy Soshnick*
Cindy Soshnick

37 Merrivale Road
Great Neck, NY 11020

January 12, 2014

Hon. Marianne O. Battani
Federal District Judge
United States District Court
for the Eastern District of Michigan
Theodore Lein U.S. Courthouse
231 W. Lafayette Bld
Detroit, MI 48226

Re: United States of America v. Adam Savader

Dear Judge Battani:

I am an attorney admitted to practice law in New York State.   I have known Adam for his entire life as he is the first cousin I have ever had.   He has always been a bright, loving and intelligent young man.   He loves baseball, video games and politics but most importantly, he loves his family and we always comes first to him.

Anytime I have a birthday he is always the first one in my family to call me up and wish me a happy birthday.   Although I am very busy working most days and nights he always invites me over his house to watch a Yankees game together or to play cards and have dinner.   He always keeps his fridge stocked with cans of soda eventhough he doesn't drink soda just because he knows how much I love it and he wants me to be happy.

Adam also spends alot of time with our elderly grandparents.   A day does not go by without Adam going over their house to visit or them visiting him at his house.   He is so kind and compassionate that he always holds their hands and helps them walk to and from their cars to make sure that they dont slip or fall.

I was truly shocked when I heard that my cousin Adam had been arrested.   He has never been in a fight in his life and he was always the type of kid who would stay out of trouble and do well in school.   He did so great in high school that he graduated a year early and attended a college for the truly gifted students like himself.

We grew up listening to some pretty hysterical stories from our Grandpa Herbie about all the different pranks he would play on his friends and aquaintances.   I have a feeling that Adam may have tried to emulate our grandpa but he took things a bit too far and I know he feels horrible about everything that happened.   That's why he is now seeking the psychiatric care that he needs.   My biggest fear is that if your honor sentences him to prison, then he will no longer be able to take the medicine that his doctors have prescribed for him and all the wonderful progress and rehabilitation he has made will be lost.

I truly hope that your honor is able to see Adam for the kind and loving young man that he is and not simply as just another defendant in your honor's courtroom.   I know Adam very well and I have seen him change leaps and bounds ever since he started going for psychiatric help.   Please allow my cousin to continue his treatment and rehabilitation because I know he has learned his lesson and he would never think about doing anything like this again.   He is fortunate to have a loving family who will be there for him as a support system and we all want to see him succeed and do wonderful things with his life.   Thank you for your consideration.

Very truly yours,

Evan Soshnick