HERBERT S. FRANCK
Eighty Three Arleigh Road
Great Neck, New York 11021-1442
[H] 516-829-2530—[F] 516-829-8387

January 15, 2014

Judge Marianne O. Battani
United States District Court
for the Eastern District of Michigan
231 Lafayette Blvd.
Detroit, MI 48226

Re: The case of United States v. Adam Savader

Dear Judge Battani:

I am writing this letter to petition you to show my grandson, Adam Savader, every leniency possible, for his improper actions in 2012.

My name is Herbert S. Franck. I am Adam's maternal grandfather and patriarch of our family. I am also privileged to enjoy an extremely close relationship with him. I feel that once Your Honor is acquainted with Adam and our family, you will think kindly towards my request.

I am seventy-eight years old and have been married to Joan S. Franck, Adam's grandmother, since our late teens, for close to fifty-nine years. I am a retired microwave engineer with a degree in physics.

First, I offer my sincere apology to any aggrieved persons as a result of any action Adam is purported to have performed.

My grandson, Adam was born into a loving family. He is the eldest of two children, born to my younger of two daughters, Elana Savader. A second child, Jillian was born three years later. Elana is a tenured special education teacher, with postgraduate degrees, just short of an Ed.D. Adam's father, Mitchell Savader, is self employed as a consultant for banks and other financial institutions. He also has postgraduate degrees in his field, which can lead to a Ph.D.

During his formative years, Adam chose many friends that till today are still close to him. They are currently in the process of graduating from prestigious universities such as Princeton University and the University of Chicago. If one were to peruse Adam's extended family, virtually every member, to date, has been a college graduate. Many have had extremely distinguished careers.

Indeed, a person can be judged by the friends he keeps; Adam can also be judged by the family he has to emulate.

It should be noted that neither Adam, nor any family member or friend has ever ran afoul of the law. Adam has always lived in an environment of honor, family and education. He does not drink, smoke, take illegal drugs or gamble. He has never used violence. He does, however enjoy an exciting New York Yankee baseball game.

Adam has always showed an interest in working with others. During his high school years, rather than participate in the usual afternoon programs, such as sports, clubs, etc., he chose to act as an afternoon counselor in a local community center.

He graduated high school in three years. From there, he attended Bard College at Simon's Rock, a special college for high school students ready for college.

Following this, he entered George Washington University, as a political science major. He was a full time student for two years. At the same time he started, as an intern, working part time for a presidential candidate.

In his third year, Adam took a short leave to allow time for his election responsibilities. During this period, he had the privilege of frequently meeting with many of our country's leaders. As reported, he left a very positive impression on them.

When Adam's candidate threw his support to another candidate, Adam temporarily moved from Washington to Boston to work for that Vice Presidential candidate as his 'personal intern.' One of his responsibilities was to analyze and condense the previous day's news events. His plan was to return to Washington, after the election, to complete the undergraduate part of his education.

It was at this time, Adam was accused of participating in this aberrational behavior. I personally, cannot imagine what triggered this. As demonstrated, these actions were completely out of the norm for Adam. As a lay person, I can only surmise that his actions were not out of malice, but from some psychological malaise. It should be noted that Adam never requested monies, nor other things of material value or physical contact of any sort.

Additionally, it appears that Adam never intended to carry out any of his demands.

After the elections, Adam returned home. His plan was to take some courses at a local college before returning to Washington in the fall of 2013, in order complete his undergraduate work.

Midway through the semester, his life, and the lives of all who know and love him, were forever changed. At 6:00 A.M. on April 23, 2013, twelve members of the FBI arrested him at his home. They confiscated all the computers in his home, including those of his father, containing all of his father's business records. He was then taken to the Federal Building in Suffolk County, New York. From there, he was shuttled for thirty-one harrowing days through four prison facilities between New York, Oklahoma and Michigan. Some of these prisons were more draconian than others and some were dangerous with insufficient food, and inhumane living conditions.

Finally, Adam was released to his parents. Immediate action was taken to ameliorate the situation. Adam visited both a forensic psychologist for numerous sessions along with visits to a psychiatrist, both for consultation and psychotropic medication. Upon completion of his forensic meetings, he started weekly visits to a psychotherapist.

The court has put controls over his hours and movement. He has not once fallen short of their expectations.

Adam has suffered much as a result of this experience. He has taken to attending religious services on a regular basis. This gives him great solace.

As we live in a rather small community, he is embarrassed to visit our main street. He is afraid some belligerent person might recognize him. He therefore rarely ventures far from home.

Has Adam not been punished enough? It is obvious that he will never repeat his deviant actions again. If Adam is incarcerated, he will be exposed to many antisocial and possibly dangerous persons. He will be deprived of his psychotherapy and prescribed psychotropic medication.

Perhaps, Your Honor, would consider some formula, where Adam would live home, under continuing court supervision. This will enable him to return to his studies and continue his therapy and medications. At the same time he could perform community service.

Adam has suggested that he would be willing to address high school classes, under teacher supervision, on the pitfalls of improper use of the computer.

Judge Battani, at this juncture and with the greatest respect, I beseech you to find a way as to avoid labeling Adam a <u>FELON</u>. As you know, this stigma can never be erased. He will, along with the worst of society, be forced to carry it for life.

Already George Washington University has declared him persona non grata for five years and his current university has barred him from campus until this matter is resolved.

After his legal issues are behind him, my grandson hopes to complete a formal university education and go on to a high level career. He obviously is blessed with far above average talents in a number of areas and he wishes to pursue one or more of them. Not only will this benefit him, but also society. If he has a negative label, he will be banned from many colleges. Today most major companies will not hire felons, nor will important and prestigious organizations consider his membership. Remarkably, even the major brokerage houses refuse felons as clients.

I ask the court to extend to Adam Savader its mercy. If we go back, even to biblical days, mercy has always been a key concern in the administration of justice. From the Old Testament, where Joseph forgives his brothers and shows them mercy, to numerous psalms, to the New Testament's elegant sermons; this concept has always been paramount.

In your hands, Your Honor, you hold the future of a fine young man, who may have tripped along life's journey. As a Judge, you certainly know that any journey is never without trepidation. It is now in your power to extend a helping hand to lift him up and straighten his course.

I thank you for your consideration and wish you the Wisdom of Solomon.

Sincerely,

Herbert S. Franck

Elana Franck Savader
Two Hutchinson Court
Great Neck, NY 11023
(516)639-1039
Elana61@aol.com

January 30, 2014

Judge Marianne O. Battani
United States District Court
for the Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd
Detroit, MI 48226

Dear Judge Battani:

I am writing this letter to appeal to you on behalf of my son Adam Savader. From the onset, I would like to thank you for your time.

When we appeared in court the day Adam pled guilty, I felt your compassion. As tears continuously rolled down my cheeks, you pointed out that you could see the pain on the faces of me and my husband. You were so right! My heart is shattered as this pain is far deeper than any pain I have ever felt in my 53 years.

Adam was raised in a nuclear family. Due to a back injury that occurred when I was pregnant with Adam, I have been unable to maintain my job as a special education teacher, or pursue a career in my post graduate training as an educational administrator. As such I have been a full time stay at home mom. I have always been there for Adam from birth through present. When physically able, I was the mom at the PTA meetings, on the class trips, driving all the kids home, etc... My husband has always worked very hard in finance to provide for the family and has been a very involved, loving father. We have been married for 26 years. Our household also includes Adam's 18 year old sister, Jillian, a college student, to whom Adam is a very protective big brother and a 7 pound Maltese dog named Shayna who Adam adores and is adored by. Adam's maternal grandparents live in the neighborhood and have always been like a second set of parents to Adam; they see him 6 or 7 days a week. We consider ourselves a family of six plus our dog.

Life as we knew it changed forever on April 23, 2013 when numerous FBI agents appeared at our door, guns drawn, shortly after 6 AM. I didn't even believe it was legitimate and started dialing 911 because I thought it was a home invasion. Adam was the one who answered the door and when they identified themselves as FBI, he was perplexed as to why they would even want to talk to him. None of us could even understand why they would appear on our doorstep.

As the morning unfolded we were all in shock. The allegations against Adam clearly were not anything remotely like something *my* son would do. He's always respected women and was always surrounded by women including his sister, his mother, his grandmother, and into his teen-years, even his great-grandmothers. Nothing remotely like this has ever happened before. As the events of the following

months unfolded, more shock and grief has set in.

I want to give you a little window into the life of my son as we know him. Adam was always a very bright & precocious child. He has always had a wonderful sense of humor and his quick wit has always had the people around him laughing. Adam was born via C-Section and when they brought me this perfect baby boy the next morning, his big bright brown eyes were tracking my finger, something they say newborns can't do. He was a beautiful child always loved & nurtured. He always stood out as extremely bright by all of his teachers, even in the early childhood years.

At age 7, Adam required spinal cord surgery because he was born with a birth defect of a tethered spinal cord. His spinal cord was fixed in place by a tumor at the base of his spine and it needed to be released so that he could grow normally without developing neurological problems. Although we reside in New York, I researched the top doctor and facility and located the best at Boston Children's Hospital where the surgery took place. The night before the surgery we were eating dinner in a restaurant when a man approached our table. He said, "I'm sorry to interrupt your dinner. I never do this, but I was sitting at the table behind you and I couldn't help but overhear your conversation. I want you to know that I am a judge and your son is going to be a lawyer." The only surprise to us was that a stranger approached our table. We knew from an early age that Adam had an excellent fund of knowledge and a keen interest in government, politics and the world around him. Although the surgery was traumatic for Adam and the recovery was lengthy and difficult (as Adam described it at that time, it felt like "fiery swords" in his back), the surgery was extremely successful, thankfully.

When Adam was in third grade, we were having lunch in a diner with friends. He got up from the table and walked over to a nearby TV and was watching the stock market ticker on the bottom of the screen; he eagerly came back to the table to report what he had seen. Others in the restaurant were marveling at him. When Adam was in fifth grade, I went up to school one day to put money on his lunch card at the school cafeteria. I met one of the "lunch ladies" to pay her and she said, "You're Adam Savader's mother? I'm so happy to meet you. I want you to know Adam is the only child in the entire school who says please and thank you on the lunch line every day." That same year, his teacher saw me in the school hallway one day and told me that Adam was the only child in the entire class to receive a perfect score on the New York Statewide US History exam. Adam had no disciplinary issues throughout elementary school.

By the time Adam was in middle school he was excelling in his academics and was placed in accelerated classes. We were told at that time by his guidance counselor that Adam was "clearly Ivy League material." Adam had no disciplinary issues throughout middle school.

In high school, Adam continued to thrive and was in accelerated academic classes. He was able to graduate high school in just 3 years. Adam began to develop a love of community service and has a long history of volunteerism and community involvement. In 9th grade, Adam was the youngest person ever selected to participate in a program where only a handful of high school students were chosen to take a college course on Sundays on teaching special education students and all types of exceptionalities. At the same time, instead of joining sports teams or clubs to have "down time" like other students, Adam worked at a community center and at an after school program at an elementary school with special needs students. He also worked giving private computer instruction to adults including a man in our community who had progressively debilitating Parkinson's Disease and had great difficulty using the computer. Adam

2

worked with him as needed from the time he was in high school to the time he was arrested, approximately five years in total.

Additional evidence of Adam's interest in community service is that during several summers Adam participated in community service experience programs which included working at places such as (but not limited to): soup kitchens, food pantries, painting inner city schools, cleaning up city parks, assisting at abused animal farms and summer camp for children with special needs, as well as working with geriatric patients, etc... During his entire high school career, Adam had no disciplinary issues.

During his formative years, Adam did demonstrate to us that there were some issues. We had him tested and we were told he had Attention Deficit Hyperactivity Disorder (ADHD). When I shared this information with his teacher at that time, she responded by saying, "Adam doesn't have ADHD. He's just immature and needs to grow up." We took him to multiple psychiatrists and psychologists for multiple opinions, therapy and medication and it seemed that things were under control.

After completing three years of high school, Adam applied for and was selected to attend a unique program for high school students who are ready for college. This highly competitive and selective program accepts a very limited number of students each year and does not require a high school diploma. Because education is so important to Adam, having his acceptance letter in hand, he attended summer school that year to complete his last two high school classes so that he could receive his New York State Regents High School Diploma. He gave up that summer of potential fun or relaxation and the enjoyment of senior year by choice. There was no prom, yearbook, graduation ceremony or even "senioritis" for Adam. He knew he was destined for greater things and was eager to start his journey early.

Adam began his college career at Bard College at Simon's Rock at age 17. Adam was always very straight laced and immediately rejected the "partying lifestyle." Drugs, alcohol and promiscuity were things Adam was not interested in and this remains true till this day. Turned off by the amount of drug use at the school, Adam came home most weekends. After a successful year at this school, the only one of its kind, Adam applied to larger institutions of higher learning. Adam was accepted to Brandeis University, Boston University and George Washington University (GWU) among other schools. After visiting all of them, it was clear that GWU was the perfect fit because of Adam's love of politics and government. He wanted to be close to the pulse of our nation and was determined to affect change for all citizens of the country he loves.

Immediately, Adam immersed himself in the school's extracurricular life, becoming an active member of several political clubs. He also continued his community service by volunteering on numerous political campaigns, working tirelessly in many states along the eastern seaboard. While other college students were partying on weekends, Adam was traveling up and down the east coast campaigning. He met all the political candidates and pundits that he could and began collecting photos of himself with these important people.

He then applied for and was hired as an intern for a presidential campaign; he worked extremely hard and proved himself very quickly. At age 19, he went from unpaid intern to paid campaign staffer, the youngest on the campaign. He made numerous contacts in Washington, D.C. and around the country and had a Rolodex like no other teenager. He was even on the short list for a magazine article to be entitled "30 Under 30," about rising stars in the capitol's political scene.

3

In the letters we have provided to the court, you will see letters of recommendation from both senior campaign staff and candidates themselves. Adam became dedicated to the campaign but maintained his commitment to receiving his Bachelor's Degree (with an eye towards law school) so much so that he worked more than full time, often 12-18 hour days, while attending school full-time at night. Looking back now, I believe this high level of stress was the beginning of Adam's downfall.

When the campaign folded, Adam was distraught. The semester also ended and Adam returned home for the summer to regroup. I did notice a difference in him, but had no idea how deeply this affected his psyche and his actions. I thought he was simply exhausted and hugely disappointed. Always being on top of things, I most certainly would have taken him for additional help if I knew he needed it.

Upon coming home, Adam was determined to work on the National Campaign. He worked tirelessly to network until he was granted an interview and then hired. He was so dedicated to his ideals and improving things in this country for all of us that he took a leave of absence from school and moved up to Boston to further his community service and work on the campaign as an unpaid employee.
He again worked 12-18 hour days, seven days a week, often going several weeks without having a day off. The exhaustion was clear in his voice on the phone and written on his face when we visited him. We asked him if it was too much for him to handle and if he wanted to resign, but he insisted on seeing the campaign through till the end. He said he made a commitment and was going to fulfill it. Admirably he did just that.

After the campaign ended he came home burnt out and totally drained physically & mentally. He took a short time to regroup and started to take classes the following term at a University close to home. (His plan was to return to GWU in fall 2013.) He was living with us during this time and again we had no idea that Adam was spiraling downhill emotionally. He was attending school full time and doing very well in his classes until that fateful day of April 23, 2013. As a result of his arrest and the nightmare that followed, Adam was unable to complete the spring 2013 semester. Throughout his entire college career there have been no disciplinary issues.

Upon his arrest, Adam was incarcerated for 31 days without being afforded the opportunity to obtain bail. He was just days from his 21st birthday at the time and no matter how hard we tried, we were not permitted to visit him until the 30th day in Michigan. During those 31 days, he experienced things that nightmares are made of in **FOUR** different facilities: The Nassau County Jail on Long Island, New York, the Metropolitan Detention Center Facility in Brooklyn, New York, a detention facility in Oklahoma City, Oklahoma and finally the Wayne County Jail in Detroit. Your honor, please understand that this is a young man who asks us for "tuck-ins" at night and routinely says "I need to cuddle with my mommy and my daddy." Those are his **EXACT** words. He is not the "criminal type."

Since he has returned home we have sought out all the proper treatments for Adam and have received the proper diagnoses. He is eager to be helped, has been diligent in attending all therapy sessions and at present is on six medications daily that he takes as prescribed. He has followed up with, and been completely compliant with, pre-trial services and has appeared in court in Michigan on all requested dates. He has been completely compliant with any and all restrictions placed on him by the court. At every possible opportunity, he has assisted both the FBI and the prosecution to answer all of their questions in an effort to make things right and to prevent this from ever happening to anyone again.

4

I have had lengthy conversations with Adam about his conduct in this matter. He explained to me that when he was on the computer none of this felt real. It started almost like a puzzle and developed into a sort of video game that felt like it was surreal. Please understand Your Honor, I am not making excuses for my son, just explaining to you his thought process at the time. Now that he has the clarity that his medication has provided he has told me on numerous occasions that he is upset with himself for what he did and is both extremely remorseful and humiliated by his actions. He can't believe he did these things and has expressed remorse over and over again. Certainly my son owes an apology to the victim in this case, as well as her family.

Reviewing his 20 years prior to the incidents, it is clear that whatever transpired here is an anomaly. There is nothing in Adam's background or behavior that could have signaled this occurring.

All along I have felt great compassion for the victim in this case. I, myself, have an 18 year old daughter and have identified with the both the victim and the victim's family. In fact, I commend the victim for her courage in coming forward and I thank her because her courage enabled us to learn that Adam was having a serious problem and has allowed us to help him in ways he needs.

I do believe when a crime is committed, the punishment must fit the crime. Let me tell you how my son has already been punished:

    1) Adam was incarcerated for 31 days, being held in four different facilities over that time period, including two airplane flights. Being a New Yorker whose father was in lower Manhattan on 9/11, he has felt the effects of 9/11 and has been terrified of flying ever since that time, even foregoing family vacations so as not to fly. Once he got to each facility, he needed to transition again and was terrified of the other inmates which included murderers, rapists, drug dealers, skinheads, etc... Your Honor, one look at my son and you can see this is not the environment Adam belongs in.

    2) Since he has been home, Adam has been on house arrest-for almost 10 months by the time he is sentenced-wearing an ankle monitor which has restricted his activities. Initially he was restricted to our home and then some of the restriction was lifted for which I thank you, Your Honor. The monitor has at all times been a constant reminder to Adam of this situation and has sometimes been painful and/or claustrophobic feeling.

    3) Adam was arrested in April 2013 and was unable to complete the semester at school losing his earned credits and money spent on his education. He desperately wants to complete his education and at present is prevented from doing so.

    4) Adam has not been able to return to the school as they will not accept his reapplication until this legal matter is behind him. The head start he had in his life has been completely forfeited and it is unclear how much of it he will ever get back, if any.

    5) All of the hard work he put into building his reputation in the political world is completely gone. His dream of a career in law or politics is limited if not completely over.

    6) Many of Adam's friends have abandoned him as have some family members. This has been extremely painful. (Thankfully, he does have a close knit core support system standing by him.)

    7) Adam has been unable to sleep at night until after the time the FBI stormed into our home. Most nights my husband and/or I need to talk Adam down throughout the night because he is terrified at the prospect of returning to prison. We are often chaperoning him in his bedroom or ours

at 4:00, 5:00, 6:00 in the morning trying to calm him so he can get some rest.

8) As a 21 year old with two felony convictions his life options, educationally, professionally & personally will be severely limited. My son will be punished for the rest of his life for the actions he took as a 20-year old due to his mental illness. These punishments in and of themselves would be a constant reminder to Adam of his misdeeds. In my mind, sadly, this is a life sentence. If there is *any way* for him not be labeled a felon, your honor, I beg you to consider this option as many more doors would open for Adam's future, a future that was so bright and limitless.

9) With all of these issues weighing heavily on his mind, Adam has been dealing with severe depression and has had suicidal ideations on numerous occasions throughout this whole process. He is living his own hell as he tries to reconcile his actions and think about his future.

I have experienced many emotions since Adam's arrest, one being anger. I have given it a tremendous amount of thought and it occurred to me, if G-d forbid my son had cancer, would I be angry at him? The answer is obviously no. So how can I be angry at him for being mentally ill? As with any illness, all we can do is get the proper treatment to help the person who is sick and offer them as much support as we can. This is what I am doing for my son. At the same time, would we withhold chemotherapy from a Cancer patient if it could help him? Again the answer is obviously no. So how can we withhold medication needed to treat mental illness, something that would be done if Adam were to be incarcerated, given the nature of some of his medication.

Adam often asks me questions such as "Is my life over?" and "Can I still have a good life?" I tell Adam that he has huge potential and his life is not over. I explain to him that his life will take a different path now, far different than the one we planned for him, far different than the one he planned for himself. I've told Adam that if anyone can turn things around it's him and we must remain optimistic for the future.

Your Honor, it is my prayer that Adam will be able to return home with us under court supervision. My husband works out of our home and I am home full-time. We have been and will continue to supervise Adam full-time. He is extremely close with my parents, his maternal grandparents Joan & Herbert Franck who live approximately 1,500 feet away from us. They have more than done their share, often driving Adam to appointments, regularly taking him on errands to give him a change of scenery and visiting with him at their home daily. So in essence he has had four adults in our family watching over him since he has returned home from The Wayne County Jail. Someone has been with Adam at virtually all times, including during critical times such as when my husband was hospitalized as we thought he was having a second heart attack and when my daughter had major surgery and was hospitalized for almost a week. He has not wanted to be alone due to his fragile state and we have not wanted to leave him alone. Additionally, there is no need to burden the government with the hefty cost of providing for another inmate in a notoriously overcrowded system. He can be home with us and we can support him on all levels.

Since Adam left home for college at such a young age, he has not had the opportunity to get a driver's license yet so he needs one of the four of us to drive him wherever he goes. We are all fully committed to helping Adam with all of his needs and continue to make that commitment to the court. Additionally, Adam needs to maintain his medication regimen of all six medications which are clearly helping him, including lithium. If he were to go to a facility, he would not be given his medications and where would

6

that leave him?  I sincerely believe that Adam does not have the tools necessary to survive incarceration; certainly someone who needs to "cuddle with his mommy and daddy" is not equipped to survive in that environment.  His 31 day incarceration clearly demonstrated the strong arm of the law to Adam and his inability to sleep until after the time the FBI appeared at our house on April 23, 2013, shows how strongly this event has shaken him.

It is my hope that the compassion you demonstrated to me in the past, Your Honor, will carry over to my son's judgment day.  It is time to "stop the bleeding" and to permit everyone to heal as we all try to put this awful chapter behind us. Since Adam excels at community service, perhaps some sort of creative sentence such as a combination of therapy and community service will help Adam begin to reach his rehabilitative potential while helping society and reminding Adam of a lesson he has already learned and internalized, that he can never ever do anything like this again! Adam has an inner circle of friends and family ready and able to help him maintain his role as a productive member of society.

This situation is one of the toughest I have faced in my entire life. Your Honor, you have the life of a 21 year old young man in your hands who had the brightest of futures. Most of that is destroyed now, but I appeal to you, please, please Your Honor, allow my son to start to rebuild his life to the best of his ability with his support system in place to assist him.

Thank you so much for indulging me by reading this.


Respectfully Submitted,

*Elana Franck Savader*

Elana Franck Savader
Mother of Adam Savader

5 Pheasant Run Road
Pleasantville, NY 10570
January 25, 2014

Judge Marianne O. Battani
United States District Court
for the Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd
Detroit, MI 48226

To The Honorable Judge Battani:

I am writing this letter with regard to Mr. Adam Savader.

I was a teacher in Great Neck, NY, for 44 years. Adam was a student in my 5th grade in the class of 2002-2003.  Adam is one of the students who has kept in close contact with me, over the years. When he was in middle school, I was honored to attend his Bar Mitzvah.

Adam was extremely bright, and a very involved student.  He was highly aware of world events, and enjoyed spirited class discussions on issues of the day. Controversial topics were his favorite, and he was willing to voice his opinions, even when he knew the opinions would not be popular with his classmates. His friends enjoyed his original, and creative ideas. Adam has a terrific sense of humor, and contributed to the positive atmosphere in the classroom.

After 5th grade, Adam returned each year, to visit with me and discuss his progress. It was rewarding for me to know that Adam still valued my opinion. He did very well academically and graduated high school in three years. I was very proud of him.

He went on to Bard College for one year, in the pre-college program. He enjoyed the environment there, that supported out-of-the–box ideas. Bard provided a creative learning environment in which Adam thrived.

He then transferred to George Washington University, and continued his studies in the social sciences, focusing with great interest in politics. In his junior year, he took a leave to work on a political campaign. He was totally involved, and committed to working to support a candidate in whose ideas he believed. When the primary season ended, he moved to Boston and worked on the presidential campaign. We communicated frequently during this time. Although Adam and I are on opposite ends of the political spectrum, our dialogues were always interesting and fun. I was very impressed with his ability to maintain a friendly and thoughtful tone. He was always respectful of my ideas, and listened to my point of view carefully, even when we disagreed.

Re: Savader p.2

I thought often that it would be better if some of our country's politicians could mirror his ability to show respect for the views of others.

I believe that Adam has a successful life and career ahead of him, and can make a positive contribution to society. I hope this chapter in his life will soon be a thing of the past, and he can go on to achieve his potential.

Sincerely,

*Marion Greif*

Marion Greif
A.B. Brandeis University
Ed.M. Harvard University

Judge Marianne O. Battani
United States District Court
for the Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd
Detroit, MI 48226

Re: Adam Savader

Dear Honorable Marianne O. Battani,

My name is Yaron Lissack, I am a neighbor and friend of the Savader family. I am very grateful to have the Savader family living next door to me. The Savaders are a close knit loving family; their strong bonds and love for each other are immediately evident if you spend even a moment with them. I have known Adam since he was in high school. I recall an evening sitting at our dining room Adam must have been in 9th or 10th grade we had a few guests and Adam sat and chatted with a group of men at the table. The conversation turned to questioning the young Adam about his future. I clearly recall the ambitious young man that wanted to go to Law school one day and maybe work for the NY Yankees. What struck me at the time was how this young man had figured out what his strength was, his mind. He would use it to do what he loves, which is to be involved with the Yankees.

A year or so later Adam told me he had accelerated his graduation from high school by a year. He was eager to learn more, to expand his horizons. He was so excited so eager to get started in his career. Adam always impressed me with his potential, I decided then that this young man would make something great of himself.

As his college career progressed he dedicated himself to political activity. We would occasionally discuss his political activities; his passion, dedication and self-sacrifice once again strengthened my admiration for Adam. He was willing to work hard, and his talents carried him far.

I do not know the depth of his accusation. I do know that his loving family has suffered so much punishment already through their legal process. I ask you to see Adam not just as the accused but as a man that has a past of accomplishment and a future with tremendous potential.

Sincerely

Yaron Lissack
6A Hutchinson Ct
Great Neck NY 11023

December 31, 2013

Judge Marianne O. Battani
United States District Court
for the Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd.
Detroit, MI 48226

Dear Judge Battani:

I am Harvey Kotler, a Great Uncle to Adam Savader and brother of his maternal grandmother, Joan Franck. I would greatly appreciate the Court to consider my observations in this case. Although I have not been privy to any of the legal aspects, my knowledge of Adam, our family and the general circumstances may provide some useful insights.

I, of course, have known Adam from his birth and although I reside in Maryland, I have much knowledge of Adam through my many visits back to family and my numerous phone conversations to Adam and other family members.

I have known Adam to be friendly, outgoing and very loyal to his family. He has many friends and has done volunteer work. He had always conformed to the law. Adam has gained the admiration of his parents, grandparents, I and my wife and other family members through his family loyalty, academic pursuits and abilities, and his tireless efforts to work on behalf of political candidates.

In this regard, I have always found Adam to live within societal norms and he has very strong support systems in place ranging from his family to friends to academic pursuits to community involvement.

Based on your interest as arbiter to find what is right, fair, and proper, I respectfully ask you to consider my observations that Adam has gone through life-altering (for the good) events. He has expressed remorse and regrets for the pain he has brought to the aggrieved and his family. He has shown humility and the understanding of the consequences of his reported actions. He is living through his own ordeal and trial and he clearly understands the ramification of his wrongdoing.

I understand Your Honor has the interest and responsibility to make findings that bring 1) justice to the aggrieved, 2) appropriate punishment to the offender, and 3) the greatest chance that recidivism not occur.
1. Adam <u>well understands the heavy hand of the correctional system</u> and has clearly expressed his remorse and regrets. His grandmother has, in numerous phone conversations, told me that Adam can't get to sleep before 6:10AM-- the time of his arrest. To say the law has his attention is a gross understatement. <u>Adam has clearly learned a lesson!</u> Being made aware of this and other facts, I believe the aggrieved can take satisfaction and comfort in knowing that additional punishment and incarceration is not necessary as a deterrence.
2. I am a big proponent for incarceration of violent and remorseless offenders. Based on Adam's personal torment, misery and sorrow since his arrest, his understanding of the pain he has

   brought to the aggrieved, his family and friends, and based on his prior compliance with the law, I believe it is reasonable and constructive for Your Honor to allow rulings that would permit Adam to use his support network to rebuild his life as a productive member of society.
3. The aggrieved can be made aware of the pain that Adam also is experiencing so that they need not seek vengeance but rather take satisfaction that the Court is finding a way to increase the chances that others will not similarly be aggrieved in the future. And in the interests that recidivism not occur, I implore Your Honor to impose a means, whether creative, innovative, or currently extant, that Adam may integrate his skills, intelligence, academic interests and new-found appreciation for freedom to forge a productive life in his own lawful interests and certainly for the good of the many hundreds of people that he will interact with going forward.

In summary, this letter is not just about Adam-- it is about everyone with whom Adam *has* and *will* interact. For those individuals and the families with whom Adam reportedly has been involved in this wrongdoing, I believe that Adam's experience with the correctional system along with his stated feelings and acknowledgment of injurious actions should serve as a source of satisfaction and comfort to the aggrieved that justice is being served and other families are likely to not face similar misdeeds.

For those in society with whom Adam *will* interact, I respectfully ask the Court to consider rulings that will grant leniency so that it will allow Adam Savader to more easily and quickly utilize his strong support systems and prove that he can reintegrate himself as a positive force for society.

Respectfully,

Harvey Kotler
hskotler@msn.com
(301) 526-2077 (cell)

Dr. & Mrs. Paul Katz
7 Ruth Court
Great Neck, NY 11023

Judge Marianne O. Battani
United States District Court
for the Eastern District of Michigan
Theodore Levin US Court House
231 West Lafayette Blvd.
Detroit, MI 48226

January 21, 2014

To the Honorable Judge Battani;

My husband and I have known Adam Savader for the past 10 years. Adam and our son have been close friends for the same amount of time. During these past 10 years Adam has become "the other member" to our family. We know Adam's parents, his grandparents, his sister even his dog. I must say at this point in time that we find this whole situation unbelievable. We never saw malice as part of his personality. We never saw this coming.

We have spent many hours with Adam both in our home, at dinner and sporting events. He is an insightful, respectful, and intelligent young man. He is able to interact with different types of people at all levels of intellect without making anyone feel uncomfortable. Adam and our son spent many hours in our home discussing politics, social events, and sports. They played cards, board games, chess, monopoly, etc... They also discussed personal issues, family issues and social issues openly, never hiding their feelings or beliefs from my husband or myself. In fact they frequently invited our input as a part of their discussions.

While our son played many sports and Adam did not, he remained a staunch supporter of our son's athletic interests and never displayed any jealousy or resentment. Adam's interest in sports was as a fan of the game. He was elated by his teams winning and upset when they lost but never questioned should he rout for a different team.

Adam finished his high school academic requirements early and went to Bard college as a freshman, while my son was a senior in high school. Their friendship continued without interruption. Adam chose to transfer to George Washington University after his first year at Bard because of the rampant drug use on the campus. This displayed the ability to make a mature decision that changed the course of his education. Adam took a year off from college because of his intense interest in politics. He worked for Newt Gingrich's campaign for the Republican Presidential nominee, then for Mitt Romney's campaign and for his Vice Presidential nominee Paul Ryan.

Adam's sense of humor grew as did he during this time. We would all be laughing with tears in our eyes. His timing and delivery are superb, thus showing a maturity and intellect that so many people lack. Adam and my son remain close friends. Never once during their friendship was there any question about Adam's character. We watched him blossom into a fine young man with strong values, good substance and excellent character. Neither my husband nor I ever had any doubts about Adam's character, his actions, personality or intentions.

Yours Truly,

Linda Z. Katz, ANP-C                              Paul Katz, MD, FACS

**GREAT NECK PUBLIC SCHOOL**
John L. Miller – Great Neck North High School
35 Polo Road
Great Neck, New York 11023

(516) 441-4700



OVER 85 YEARS OF EXCELLENCE

January 10, 2014

Judge Marianne O. Battani
United States District Court
for the Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd.
Detroit, MI 48226

Dear Your Honor:

    As Principal of Great Neck North High School, I got to know Adam Savader as a talented high school student. He was highly focused on graduating early and moving on to Bard College. Adam was well spoken and had a particular passion for social studies. His high school record is absolutely clean. He was never involved in any significant disciplinary action, and he earned a very commendable high school academic record that included devoting his free time to working with special needs children and volunteering for community service projects in soup kitchens and animal shelters. He was a very well behaved and respectful young man.

    I am aware that Adam got overwhelmed by life and made some stupid and out of character decisions. However, I am completely confident that given a second chance and supportive counseling, that Adam will be a law abiding, productive, and respectful good citizen, and that he will use his considerable talents in worthy pursuits to the betterment of society.

    Adam is very young. My belief is that the intense pressure of his extraordinary political commitments and success at so early an age together with the pressures of highly competitive college conspired to drive him over the edge. This is a young man who already has suffered huge consequences for his grievous behavior, as well he should have. However, I don't believe any good purpose is served by further incarceration. I urge you to consider giving Adam a second chance. He will certainly make the most of it.

    Thank you for your kind consideration.

Sincerely,

Bernard Kaplan
Principal

BK:dm