# RAYMOND BEHR MD PC

81-A Arleigh Rd
Great Neck, NY 11021

T: 516 482-1980
F: 516 829-4368

raymond@raymondbehrmd.com

December 18, 2013

**Psychiatric Report**

**Adam Savader**
D.O.B. 4/15/92

Adam has been under my care for approximately 4 years.  He is being treated for attention deficit/hyperactivity disorder and   Bipolar disorder

Adam has shown symptoms of attention deficit/hyperactivity disorder since he was a young child.  Although the disorder has been treated with medication and has been well controlled  with medication there are times that he is not in a medicated state.  The medication that he is using Concerta works for approximately 10 hours and thus by the evening as it wears out of his system the symptoms of impulsivity and inattentiveness can reemerge.

Although the focus of the treatment currently is on his depression he has in the past had manic episodes.  The most prominent manic episode was at a time that he was working in a political campaign for Newt Gingrich in the most recent presidential election.  At that time he was working extremely long hours, suffering from sleep deprivation.  Sleep deprivation is well-known to cause mania in individuals who are susceptible.

It was at the time that he was in a manic state with impaired reality testing that he had become involved in offenses involving Internet activity with young women.  I've read the extensive forensic report by psychologist Dr. Barbara Kirwin  and essentially concur with her findings that he was displaying psychotic symptoms and impaired reality testing at that time.

After this event I had the opportunity to reevaluate Adam and have placed him on lithium, a mood  stabilizer that can have dramatic effects on stabilizing mood and controlling psychotic thinking in individuals with bipolar disorder.  Since he has been on the lithium there have been no indications whatsoever of mania or psychosis

The depression is currently severe as a result of the stress and uncertainty of his legal issues.

He is currently using a combination of medication including:
Wellbutrin 300 mg daily (antidepressant)
Zoloft 200 mg (for depression, anxiety and obsessive compulsive disorder)
Lithium 1200 mg (mood stabilizer)
Concerta 72 mg in am (for ADHD)
Xanax 1 mg 3 times per day (for anxiety)
Propranolol 10 mg 3 times per day (for physical manifestations of anxiety and tremor)

He is also receiving intensive psychotherapy.

Adam has been extremely cooperative and diligent about taking his medication and following up with appointments.

Dr. Kirwin has described Adam's personality as being immature and I agree with her. I also agree that at the time that he was involved in the activities on the Internet he did not understand the implications and seriousness of what he was doing. Based on the ensuing events and serious legal repercussions he has developed a good understanding of how serious these actions were.

I am confident given his history of no other illegal activity and current understanding of repercussions of these impulsive and immature behaviors that he is unlikely to present any other danger to society.

Sincerely yours,

Raymond Behr

Board-Certified, American Board of Psychiatry and Neurology (Gen. Psychiatry And Child/Adolescent Psychiatry)